L. MAXCY, INC., *et al.,* v. FEDERAL LAND BANK OF
COLUMBIA.

151 So. 276.
Division B.
ON REHEARING.
Opinion Filed November 21, 1933.

*H. M. Hampton,* for Appellant;
*A. M. Roland,* for Appellee.

PER CURIAM.—In this case motion for rehearing was filed
and granted. The motion was granted because it appeared
that the case had been noted for oral argument and this
notation was overlooked and the opinion was written with-
out the cause having been orally argued before the Court.
The case was set down for oral argument and on the day on
which it was to be argued the Court received advice from
counsel that oral argument would not be presented.

The opinion and judgment of this Court heretofore ren-
dered and filed on June 15, 1933 (111 Fla. 116, 150 So.
248), is now reaffirmed and adhered to.

So ordered.

DAVIS, C. J., and WHITFIELD, BROWN and BUFORD, J. J.,
concur.